UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

CIVIL ACTION NO. 7:11-38

AMANDA MARLENE PARKER and
SANDRA CAROL MORRIS, PLAINTIFFS,

v. **OPINION AND ORDER**

APPALACHIAN REGIONAL HOSPITAL, INC.,
ING INSURANCE AGENCY, INC., and
RELIANCE STANDARD LIFE INSURANCE COMPANY DEFENDANTS.

\* \* \* \* \* \* \* \* \*

This matter is before the Court on the Motion to Dismiss filed by the Defendant Reliance Standard Life Insurance Company [DE 7]. The Plaintiffs have filed no response to the motion. Further, the Court has reviewed the memorandum in support of the motion and finds its analysis to be correct. Accordingly, for the reasons stated in the Defendant Reliance's supporting memorandum, the Court hereby ORDERS that Reliance's Motion to Dismiss is GRANTED.

Dated this 24th day of May, 2011.

Signed By:

*Karen K. Caldwell* KKC
**United States District Judge**